IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | ) |
| TATE JOHNSON, | ) |
| | ) |
| Respondent. | ) |

**SUPPLEMENTAL DECLARATION OF**
**REVENUE AGENT CLARICE WEINERTH**

I, Clarice Weinerth, declare:

1. No Justice Department referral, as defined by 26 U.S.C. § 7602(d)(2), is in effect with respect to Brook-Hollow Capital LLC for the years under investigation.
2. No Justice Department referral, as defined by 26 U.S.C. § 7602(d)(2), is in effect with respect to Brook-Hollow Financial LLC for the years under investigation.

I declare under penalty of perjury that the foregoing is true and correct.

Executed February 10, 2025

clarice weinerth

Clarice Weinerth
Revenue Agent