# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 1:24-mc-00013 |
| | : | |
| Petitioner | : | Judge Susan J. Dlott |
| v. | : | Magistrate Judge |
| | : | Stephanie K. Bowman |
| | : | |
| TATE JOHNSON, | : | |
| | : | |
| Respondent. | : | |

## REQUEST TO WITHDRAW AS COUNSEL OF RECORD

PURSUANT to Local Rule 83.4(b), undersigned counsel seeks leave of the Court to withdraw as counsel of record for Respondent.

IN SUPPORT THEREOF, Counsel states:

1. Undersigned counsel resigned from the firm of Chamberlain Hrdlicka White Williams and Aughtry ("Chamberlain Hrdlicka"). Respondent continues to be represented by counsel of record, including Kevin Sweeney of Chamberlain Hrdlicka and Ralph Kohnen of Taft Law.

2. Undersigned counsel has notified Respondent and counsel of record of the intent to withdraw from representation.

3. Neither Respondent nor counsel of record object to undersigned counsel's withdrawal.

80162946;1

4. Consequently, undersigned counsel seeks leave of the Court to withdraw as counsel of record in this matter.

Respectfully submitted,

Dated:  February 24, 2025

_____
ERIN R. HINES
erin.hines@akerman.com
AKERMAN LLP
999 Peachtree Street, N.E., Suite 1700
Atlanta, Georgia 30309
Telephone: (404) 733-9857
Facsimile: (404) 733-9948

80162946;1