IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Petitioner,<br><br>v.<br><br>TATE JOHNSON, taxpayer representative of Brook-Hollow Financial LLC and Brook-Hollow Capital LLC<br><br>Respondent. | ) | Case No. 1:24-mc-00013-SJD-SKB |

**United States' Notice of Narrowed Summonses**

The United States of America, through undersigned counsel, hereby provides notice that the United States is seeking enforcement of the summonses issued to Tate Johnson, taxpayer representative of Brook-Hollow Financial LLC and Brook-Hollow Capital LLC, only with respect to information that is in the Respondent's custody, possession, and control in connection with the Deferred Legal Fee Program from January 1, 2016 through April 19, 2024. Further, the United States continues to seek enforcement of the summonses with Part A as issued, Part B as issued, Part D as issued, but will seek enforcement of Part C only with respect to 27 individuals identified as persons a through aa in correspondence between government counsel and Johnson's counsel.

Specifically, the United States will seek enforcement of Part C of the narrowed summonses as follows:

**Respondent shall provide the following documents that are in your custody, possession, and control in connection with the Deferred Legal Fee Program from January 1, 2016 through April 19, 2024:**

1. Identify all former and current officers, directors, principals, shareholders, members, and managers of the Promoter.
2. Identify all former and current employees who worked on the planning, development, and execution of a Deferred Legal Fee Program.
3. Identify all clients and/or customers who entered into or participated in a Deferred Legal Fee Program, and provide all documents that were given to such customers/clients on program details.
4. All contracts, agreements, and engagement letters, involving the Promoter or any other entity/person, pertaining to a Deferred Legal Fee program.
5. All contracts, agreements, and other documents and materials, including and/or related to legal and tax opinions, and memoranda, and other such documents issued to the Promoter regarding a Deferred Legal Fee Program.
6. All contracts, agreements, and other documents and materials, including and/or related to legal and tax opinions, memoranda, and other such documents issued by or obtained by the Promoter for any

customer, client, or any person/entity regarding a Deferred Legal Fee Program.

7. All agreements and other documents entered into by the Promoter, client, vendor, or other person, involved with or related to a Deferred Legal Fee Program. This includes but is not limited to the following: 1) Master Loan and Security Agreement; 2) Request for Loan Advance; 3) Fund Agreement; 4) Non-Qualified Assignment and Lease Agreement; 5) Interest Payment Delinquency Request for Loan Advance.

8. All documents or other materials that customers, clients, or other persons/entities provided to the Promoter as part of entrance into or participation in a Deferred Legal Fee Program.

9. All marketing materials, documents, and communications promoting, explaining, or describing any aspect of a Deferred Legal Fee Program provided to prospective clients, vendors, or regulatory agency. Such information includes, but is no not limited to the following:

    a. Prospectus, private placement memorandum;

    b. Brochures, flyers, published articles, presentation or seminar materials, or handouts, audiovisual presentations, schedules for presentations or seminars offered for a Deferred Legal Fee Program;

    c. Subscription offers, registration forms;

d. PowerPoint presentations;

e. Financial projections, tax benefit calculators/calculations;

f. Tax, legal, actuarial, or any other opinions or analyses;

g. Any other similar documentation and communications explaining the cost and benefits of a Deferred Legal Fee programs;

h. Any other similar documents and other communications that discuss or explain the risks of a Deferred Legal Fee Program.

10. All documents containing any statement with respect to the allowability of any deduction, the excludability of any income, or other tax benefit.

11. All documents involving client referrals, including but not limited to:

a. Correspondence, contracts, agreements, or engagement letters with referrer/referral sources;

b. Discussion of potential clients and clients, including profiles and suitability for the Deferred Legal Fee Program; and

c. Records related to payment of referral fees.

12. Identify all individuals and/or entities that structured, sold, solicited, advertise, referred clients to, or recommended participation in a Deferred Legal Fee Program, or otherwise supported the promoter and/or other person/entity, relating to a Deferred Legal Fee Program. Provide all documents, such as contracts, agreements, engagement,

letters, and building and/or payment records between the Promoter and with any such individuals and/or entities.

13. All bills, invoices, and or payment records between the Promoter and with any clients or customers related to their participation in a Deferred Legal Fee Program.
14. Brook-Hollow Financial and Brook-Hollow Capital's formation documents, Limited Liability Company ("LLC") Articles of Organization and Operating Agreements, exhibits and attachments, and all amendments there too, beginning from the date of formation.
15. Brook-Hollow Financial and Brook-Hollow Capital's audited, certified, reviewed, unaudited, and/or compiled financial statements, including applicable exhibits or footnotes thereto.
16. Brook-Hollow Financial and Brook-Hollow Capital's books and records. Records includes native electronic files, such as QuickBooks data files. Such records include, but are not limited to, trial balances, detailed general ledgers, and subsidiary ledgers. Provide all other work, papers and documents necessary to reconcile the books to the tax return(s) such as:
    a. Chart of accounts and groupings;
    b. Adjusting and closing entries;
    c. Year-end working trial balance;

d. Year-end tax return work papers and reconciliation schedules, including all schedule adjustments (and all work papers for these adjustments);

e. Sales journals detailing all income sources and accounts; and

f. Regarding the detailed general ledgers, ensure the following information is provided for each entry:

    i. Date

    ii. Journal entry description

    iii. Split account

    iv. Journal entry comments (to assist in the explanation of the purpose of the journal entry)

    v. Beginning and ending tax period account balance (for the GL grouped by general ledger account number)

g. Where applicable, provide in MS Excel.

17. All statements, wire, transfer statements, and documents related to Brook-Hollow Financial and Brook Hollow Capital's banking and investment accounts.

18. All documents, identifying or describing document retention policies, including documents regarding electronically stored information ("ESI") backup policies and procedures.

19. All documents that identify the locations of ESI, including identifying server names, server file path information, machine names, back up

location. Include all documents that identify any third-party ESI Vendor information, for example, Microsoft OneDrive, Google drive, DocuSign.

20. All documents regarding current or archived websites, webpages, information portals, reading rooms, or document repository, organized, or managed by you or Vendor.
21. Provide all correspondence, emails, including attachments that other communications sent and received by the 27 individuals identified as persons a through aa in correspondence between government counsel and Johnson's counsel regarding or otherwise related to a Deferred Legal Fee Program.
22. Produce all notes, memoranda or other documents reflecting or related to oral communications sent and received by the 27 individuals identified as persons a through aa in correspondence between government counsel and Johnson's counsel regarding the Deferred Legal Fee Program.

Dated: April 7, 2025

s/Michael R. Pahl
Michael R. Pahl, MN Bar. #0234539
Trial Attorney, Tax Division
U.S. Department of Justice
1275 First Street NE
Suite 10612
Washington, D.C. 20002
michael.r.pahl@usdoj.gov

Attorney for the United States