IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Petitioner,<br><br>v.<br><br>TATE JOHNSON, taxpayer representative of Brook-Hollow Financial LLC and Brook-Hollow Capital LLC<br><br>Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:24-mc-00013-SJD-SKB |

**United States' Notice Regarding Narrowed Summons Request**

At the summons-enforcement hearing held on January 24, 2025, the parties reached a tentative agreement on a modified summons. The principal concerns raised by Respondent were that the original summons did not contain a specific end date for compliance (Dkt. 10 at 15) and that the original summons was too costly, as it would require Respondent to incur over a $1 million cost to review potentially responsive emails. (Dkt. 10 at 18). The parties have not been able to reach agreement, however, on specific language for a modified summons.

Accordingly, the United States has filed a Notice of Narrowed Summons addressing Respondent's concerns. (Dkt. 19). The narrowed summons sets forth a specific end date for compliance and limits the email search to 27 named individuals. For this reason, the Court should order enforcement of the modified summons.

Dated: April 7, 2025

s/Michael R. Pahl
Michael R. Pahl, MN Bar. #0234539
Trial Attorney, Tax Division
U.S. Department of Justice
1275 First Street NE
Suite 10612
Washington, D.C. 20002
michael.r.pahl@usdoj.gov

Attorney for the United States