IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | : | |
| | : | Case No. 1:24-mc-13 |
| Petitioner, | : | |
| | : | Judge Susan J. Dlott |
| v. | : | |
| | : | Order |
| Tate Johnson, | : | |
| | : | |
| Respondent. | : | |

On December 11, 2025, Magistrate Judge Stephanie K. Bowman issued an Order (Doc. 26) granting the Government's Petition to Enforce the IRS Summons (Doc. 1), as narrowed in the Notice of Narrowed Summonses (Doc. 19), and as modified in the Order itself. (Doc. 26.) The Government filed a Motion on December 22, 2025 asking the Court to construe the December 11, 2025 Order as a Report and Recommendation to which objections can be timely filed. (Doc. 27.) Respondent does not oppose the Government's Motion. (*Id.* at PageID 555.)

Accordingly, the Government's Motion (Doc. 27) is **GRANTED**. The Court construes the December 11, 2025 Order (Doc. 26) by the Magistrate Judge as a Report and Recommendation. The parties have fourteen days from the date of this Order to file objections to the Report and Recommendation pursuant to 28 U.S.C. § 636 and Federal Rule of Civil Procedure 72.

**IT IS SO ORDERED.**

BY THE COURT:

S/Susan J. Dlott
Susan J. Dlott
United States District Judge