IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | : | |
| | : | Case No. 1:24-mc-13 |
| Plaintiff, | : | |
| | : | Judge Susan J. Dlott |
| v. | : | |
| | : | Order |
| Tate Johnson, | : | |
| | : | |
| Defendant. | : | |

On December 11, 2025, Magistrate Judge Stephanie K. Bowman issued an Order (Doc. 26) granting the Government's Petition to Enforce the IRS Summons (Doc. 1), as narrowed in the Notice of Narrowed Summonses (Doc. 19), and as modified in the Order itself. (Doc. 26.) Pursuant to an unopposed Motion by the Government, the Court construed the December 11, 2025 Order as a Report and Recommendation. (Docs. 27–28.) Neither party objected to the Report and Recommendation. A district court need not independently review a report and recommendation to which no objection is made. *See Thomas v. Arn*, 474 U.S. 140, 152 (1985).

Accordingly, the Report and Recommendation (Doc. 26) is **ADOPTED**. The Government's Petition to Enforce the IRS Summons (Doc. 1), as narrowed in the Notice of Narrowed Summonses (Doc. 19), and as modified in the Report and Recommendation (Doc. 26) is **GRANTED**.

Respondent shall produce all non-privileged documents responsive to the narrowed summonses within **90 days** of the date of this order. To the extent Respondent withholds documents on the basis of attorney-client privilege, work-product protection, or other recognized privilege, Respondent shall provide to the United States a privilege log that identifies

1

the withheld documents and states the basis for the asserted privilege.

**IT IS SO ORDERED.**

BY THE COURT:

_____

Susan J. Dlott
United States District Judge

2